**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTOPHER KNIGHT,

      Plaintiff,

v.                                     Case No:   6:25-cv-691-JSS-LHP

EQUIFAX INFORMATION
SERVICES, LLC, TRANSUNION, LLC
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendants

---

**ORDER**

Before the Court is Plaintiff's Motion to Opt Out of the IDEAL Program and Demand for Full Article III Jury Trial.   Doc. No. 26.   On review, the motion (Doc. No. 26) is **DENIED** for failure to comply with Local Rule 3.01(g).

That said, given that Plaintiff wishes "to formally opt out of participation" in the IDEAL Program, it is **ORDERED** that this matter is no longer referred to the IDEAL Program, and the Notice of Order Referring Case to U.S. Magistrate Judge for IDEAL Program (Doc. No. 4) no longer applies in this case.   **TAKE NOTICE** that the May 29, 2025 Case Management Conference (Doc. No. 15) is hereby

**CANCELED**.   The parties shall file their Case Management Report within **fourteen (14) days** of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties