UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER KNIGHT,

     Plaintiff,

v.                                                                    Case No: 6:25-cv-691-JSS-LHP

EQUIFAX INFORMATION
SERVICES, LLC, TRANSUNION,
LLC, and EXPERIAN
INFORMATION SOLUTIONS, INC.,

     Defendants.
_____/

## **ORDER**

Plaintiff, proceeding pro se, moves to strike Defendants' motion to dismiss (Dkt. 9) under Federal Rule of Civil Procedure 12(f).  (Dkt. 18.)  Defendants oppose Plaintiff's motion.  (Dkt. 28.)  Courts "give liberal construction" to documents filed by pro se plaintiffs.  *Albra v. Advan, Inc.*, 490 F.3d 826, 829 (11th Cir. 2007).  Nonetheless, courts "generally view motions to strike with disfavor."  *Gill-Samuel v. Nova Biomedical Corp.*, 298 F.R.D. 693, 699 (S.D. Fla. 2014) (quotation omitted).  Further, although Rule 12(f) permits courts to strike "insufficient defense[s]" and "redundant, immaterial, impertinent, [and] scandalous matter" from pleadings, Fed. R. Civ. P. 12(f), the rule "does not authorize courts to strike motions, affidavits, or memoranda in support of motions" in the same way because these filings are not pleadings for purposes of the rule, *Silva v. Swift*, 333 F.R.D. 245, 248 (N.D. Fla. 2019).  Even if Rule 12(f) allowed the court to strike Defendants' motion to dismiss, the court has reviewed

the motion and discerns no basis for striking it under the rule.    (*See* Dkt. 9.)

Accordingly, Plaintiff's motion to strike (Dkt. 18) is **DENIED**.

**ORDERED** in Orlando, Florida, on May 29, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties
Counsel of Record